**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00511-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CASEY WALLY,

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the defendant's **Unopposed Motion to Vacate Trial Date and Schedule Status Conference** [#12] filed January 27, 2010.

**IT IS ORDERED** as follows:

1.  That on **February 9, 2010**, at 10:00 a.m., the court will conduct a telephonic setting conference to set a hearing on the defendant's **Unopposed Motion to Vacate Trial Date and Schedule Status Conference** [#12] filed January 27, 2010;

2.  That counsel for the defendant shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference; and

3. That counsel should note that Judge Blackburn will be available to hear the matter in Durango, should they so choose, during the morning of March 1, 2010.

      Dated:  February 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.