**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00511-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CASEY WALLY,

    Defendant.

---

**MINUTE ORDER**[1]

---

On April 20, 2011, the court conducted a telephonic setting conference to find a date and time to continue the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 20, 2011**, commencing at 9:00 a.m., the court shall continue the sentencing hearing in this matter, the court reserving the remainder of the afternoon for this hearing;

2. That this hearing shall take place at the U.S. Courthouse, 103 Sheppard Drive, Ste. 202, Durango, Colorado, 81302; and

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: April 20, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.